**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Eric Shawn WALKER, Defendant— Appellant.**

**No. 08–7442.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 15, 2009.

Decided: June 10, 2009.

Eric Shawn Walker, Appellant Pro Se. Olivia N. Hawkins, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Shawn Walker appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Walker,* No. 3:02–cr–00161–RLW–1 (E.D.Va. July 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*